

# NUMBER 13-11-00439-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ANITA MARIE DAWSON,                                                         Appellant,

v.

GEORGE WESLEY DAWSON,                                                       Appellee.

On appeal from the 88th District Court
of Hardin County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Vela, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Anita Marie Dawson, perfected an appeal from a judgment entered by the 88th District Court of Hardin County, Texas, in cause number 51,339. The parties have filed a joint motion to dismiss the appeal on grounds that the parties have resolved their differences. The parties request that this Court dismiss this case.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM


Delivered and filed the
15th day of March, 2012.